■ THE PEOPLE OF THE STATE OF NEW YORK v OSCAR FLOW.— Summary reversal granted and a new trial directed. *(See, People v Owens,* 69 NY2d 585 [1987].)* Concur—Murphy, P. J., Kupferman, Sullivan, Ross and Carro, JJ.